```
Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SKAVEH SHARIFIELIERDY,<br><br>Defendant. | Case Number: 6:17-PO-414-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: November 2, 2017     /S/ Susan St. Vincent
                            Susan St. Vincent
                            Yosemite National Park
                            Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Sharifielierdy, Case number 6:17-po-414-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: November 5, 2017        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE